IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01558-RPM-CBS

JAMIE LEYDON,

    Plaintiff,

v.

PSI SEMINARS, LLC, a Delaware limited liability company,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Joint Stipulation for Dismissal [15], filed on February 2, 2010, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

    DATED:   February 3rd, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge